**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-8129**

———————

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

       versus

CLARENCE SHELDON JUPITER, a/k/a Star,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, Chief District Judge. (CR-93-4-H)

———————

Submitted: March 14, 2002          Decided: March 25, 2002

———————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Clarence Sheldon Jupiter, Appellant Pro Se. Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Sheldon Jupiter appeals the district court's order denying his "motion to correct illegal sentence and remit fine." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Jupiter, No. CR-93-4-H (W.D. Va. Nov. 19, 2001). We deny Jupiter's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED